```
IN RE:                        FILED                CASE NO. 05-81040-S

                        2010 AUG 30 PM 3:53        CHAPTER 7
JOSEPH M. STOCK
PHYLLIS L. STOCK            U.S. BANKRUPTCY COURT   REPORT OF DIVIDEND
         Debtors           NORTHERN DISTRICT OF OHIO  UNDER FIVE DOLLARS
                                   AKRON
```

    Harold A. Corzin, Trustee herein, reports that check #108 in the amount of $1.88 was issued on August 20, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                                   Amt. of Dividend

Claim #5        Radiology Specialists        $   1.88
                 3355 Richmond Rd # 221
                 Beachwood, OH 44122

TOTAL:                                           $   1.88

                                        HAROLD A. CORZIN, TRUSTEE
                                        304 N. Cleveland-Massillon Rd.
                                        Akron, Ohio 44333
                                        (330) 670-0770

August 23, 2010

*ck # 108*
*receipt # 81735*